IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JARROD MORRIS, #271829, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:12-cv-275-WHA |
| | ) | |
| GARY HETZEL, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #14), entered on January 8, 2015, and the Petitioner's Objection (Doc. #15), filed on January 26, 2015.

The court has conducted an independent evaluation and *de novo* review of the file in this case. After doing so, the court agrees with the Magistrate Judge's conclusions and finds the objection to be without merit. Therefore, it is hereby ORDERED as follows:

1. Petitioner's Objection is OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. This petition for habeas corpus relief under 28 U.S.C. §2254 is DENIED, and this case is DISMISSED with prejudice.

DONE this 11th day of February, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE